RECEIVED
(Rev. 5/1/13)

AUG 1 4 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

William Tracy Wheeler
Plaintiff
D.O.C.00093168
Prisoner # 2015030119
S/O
#

VS.

Richland Parish Sheriff Office
Defendant

Civil Action No. **3:15-cv-2198 SecP**

Judge _____

Magistrate Judge _____

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?

   Yes ☐   No ☒

   b. If your answer to the preceding question is "Yes," provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

   N/A
   N/A

   2. Name the parties to the previous lawsuit(s):

   Plaintiffs: N/A
   Defendants: N/A

   3. Docket number(s): N/A

   4. Date(s) on which each lawsuit was filed: N/A

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   N/A

(Rev. 5/1/13)

    c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

       Yes ☐   No ☒

       If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

       N/A

       N/A

II.  a.  **Name of institution and address of current place of confinement:**

       RICHLAND PARISH DETENTION CENTER 456 HWY. 15, RAYVILLE, LA 71269

  b.  Is there a prison grievance procedure in this institution?

       Yes ☒   No ☐

    1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

       Yes ☐   No ☒

    2.  If you did not file an administrative grievance, explain why you have not done so.

       MY GRIEVANCE IS AGAINST THE RICHLAND PARISH SHERIFFS OFFICE FOR VIOLATING MY CONSTITUTIONAL RIGHTS.

    3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

       N/A

       N/A

       Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

  a.  Plaintiff, William T. WHEELER

     Address 456 HWY. 15 RAYVILLE, LA 71269

Case 3:15-cv-02198-RGJ-KLH   Document 1   Filed 08/14/15   Page 3 of 6 PageID #: 3

(Rev. 5/1/13)

b. Defendant, __LEE HAROLD_____, is employed as __SHERIFF_____ at __RICHLAND PARISH SHERIFF OFF__

Defendant, __TERRY PARRISH_____, is employed as __DEPUTY (NARCOTICS)__ at __RICHLAND PARRISH SHERIFF OFFICE__

Defendant, ~~CURRY STEPHENS~~ __JAMES STEVENS__, is employed as ~~DEPUTY~~ __JUDGE 5TH DIST__ at __RICHLAND PARRISH SHERIFFS OFFICE__

Additional defendants, __A.D.A. DOUGLAS WHEELER__
__ASSISTANT DISTRICT ATTORNEY__

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

ON 3/16/2015 PAROLE OFFICER ROBERT CLEMENTS CAME TO MY HOME AND CONDUCTED A SEARCH. A SMALL AMOUNT OF MARIJUANA WAS FOUND. I WAS TAKEN INTO CUSTODY BY MY P.O. AND HE AND P.O. HEATH (?) CURRY, I THINK. MY P.O. (ROBERT CLEMENTS) TURNED ME OVER TO BOOKING AT THE RICHLAND PARISH DETENTION CENTER WHERE I WAS BOOKED IN FOR PAROLE VIOLATION AND SIMPLE POSSESSION AND PARAPHINALIA. ON 3/19/2015 P.O. CLEMENTS RETURNED AND GAVE ME A (90) DAY TURN AROUND TO BE COMPLETED ON 6/17/2015. ON 6/16/2015 THE SHERIFFS OFFICE PLACED A HOLD ON MY RELEASE WHICH CAUSED MY P.O. TO PUT A HOLD ON ME PREVENTING MY RELEASE. THE S/O TOLD THEM I HAD BEEN ARRESTED FOR (1) COUNT OF DIST. SCHED. II DRUGS. "NOTE" (I AM STILL IN JAIL). ON 6/17/15, I FINALLY GOT A COPY OF AN ARREST RE-PORT DATED 3/16/15 NOT 6/17/15. MY P.O. AND MYSELF WERE TOTALLY UN-AWARE OF THIS ARREST. IF MY P.O. WERE AWARE HE WOULD HAVE NEVER BEEN ABLE TO GIVE ME A TURN AROUND. THIS REPORT ONLY APPEARED IN JUNE. THE BOOKING RECORDS SHOWED ONLY THE PAROLE VIOLATION. TO THIS DATE I HAVE YET TO TALK

(CONTINUED ON ATTACHMENT.)

Page 3 of 4

ATTACHMENT TO PAGE (3)

PAGE (2)
REF: 3(A)

TO ANY OFFICER REGARDING THIS CHARGE. THE 3/16/15 REPORT WAS PLACED ON FILE IN JUNE OF 2015 AND THERE IS NO ARREST REPORT FOR 6/17/2015 AS WAS TOLD TO PROBATION AND PAROLE. I CAN ONLY ASSUME THAT THIS MISINFORMATION WAS FOR THE PURPOSE OF PREVENTING ME FROM BEING RELEASED ON A $50,000.00 BOND I WAS GIVEN EVEN THOUGH I WAS ON PAROLE. ON 6/19/2015 I WAS GIVEN BY TELEPHONE A (72) HOUR HEARING BY NOT A JUDGE BUT HIS SECRETARY EVEN THOUGH SHE HAD A COPY OF THE FAKE POLICE ARREST RECORD DATED 3/16/2015. WHEN I ASK HER WHO MY LAWYER WAS AND IF SHE FOUND IT ODD THAT IT WAS 6/19/15 AND HER REPORT SHOWED 3/16/15 SHE SIMPLY HUNG UP ON ME. I HAVE A MOTION. I HAVE A MOTION FROM JUDGE JAMES STEVENS STATING THERE ARE NO NEW CHARGES. THE D.A.'s OFFICE SIMPLY DIS-REGARDS THIS. I HAVE PAPER WORK FROM CLASSIFICATION IN APRIL SAYING NO NEW CHARGES.

THE FACTS ARE:

(1.) I AM IN JAIL.
(2.) I HAVE NEVER BEEN ARRESTED, ADVISED OF MY CHARGE, GIVEN MY MIRANDA EITHER ON 3/16/15 OR 6/17 AND FORMALLY OR INFORMALLY BOOKED INTO R.P.D.C.
(3) GIVEN A BOGUS (72) HR HEARING.
(4) NEVER GIVEN AN ATTORNEY (NOTE: I REQUESTED A PRELIMINARY HEARING WHICH WAS GRANTED AND SET FOR (2) MONTHS LATER.
(5) NO 48 HR PROBABLE CAUSE HEARING WAS HELD.
(6.) AN ILLEGAL OUTRAGOUS BOND OF $50,000.00
(7.) ABSOLUTE DENIAL OF DUE PROCESS
(8.) NO ARRAIGNMENT (60 DAYS) ACCORDING TO THIER (ARREST REPORT)
(9.) APPOINTED AN ATTORNEY ON 8-12-15
(10.) DENIED A PRELIMINARY EXAM ON -8-12-15
(11.) DENIED ACCESS TO COURT.

Submitted
7/31/2015 /S/ William Tray Wheeler

[3A]

SECONDARY ATTACHMENT

I WENT FOR MY PRELIMINARY HEARING TODAY 8-12-15 WHICH WAS ORDERED BY JUDGE JAMES STEVENS, THE SAME JUDGE THAT PRESIDED COURT TODAY, HE SET MY PRE-LIM OFF FOR 2 MORE MONTHS AND THEN SAID IT WAS BECAUSE I HAD TO BE APPOINTED AN ATTORNEY BY THE NAME OF MR. YOUNG. MY FIRST ARREST ON 3-16-15 AND MY SO CALLED SECOND ARREST ON 6-13-15 AND MY 72 HR HEARING ON 6-18-15 AND I JUST GOT A LAWYER ON 8-12-15. I'VE NEVER BEEN ARRESTED, I HAVE BEEN LOCKED UP SINCE 3/16/15. THE U.S. AND LA. CONST. AS WELL AS CR. C. P. HAS BEEN COMPLETELY AND TOTALLY ABANDONED IN THE 5TH JUDICIAL DISTRICT AND BY THE RICHLAND PARIS SHERIFF'S OFFICE.

DUE PROCESS

RESPECTFULLY
/S/ WILLIAM T. WHEELER
/S/ William T. Wheeler

SUBMITTED
8-12-15

(Rev. 5/1/13)

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I DON'T KNOW HOW TO UN-RING A BELL SO I CAN'T EVER REGAIN THE CONSTITUTIONALLY GUARANTEED RIGHTS DENIED ME, AID ME IN GETTING JUSTICE. TO LEVER SOME TYPE OF ORDER TO PREVENT THIS FROM HAPPENING AGAIN, AND TO FIND IN MY FAVOR A MONETARY AMOUNT OF $1,000,000.00 OR WHAT-EVER THIS COURT DETERMINES TO BE A FAIR COST+EXCHANGE FOR FREEDOM.

VI. **Plaintiff's Declaration**

   a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

   b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

   c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this   31   day of   July  , 20 15 .

#0009 3168

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

William Trace Wheeler

**Signature of Plaintiff**

Page 4 of 4